UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| LLOYD SHELTON,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>                Defendant. | CIV. 16-5047-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 30), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without costs to either party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated February 7, 2017.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE